IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH A. JOHNSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-480-GMS |
| | ) |
| CHRISTIANA HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 1st day of August, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's failure to complete questions 2.b, 3.d, and 4 on the application to proceed without prepayment of fees. (D.I. 1)

2. The plaintiff shall file a complete application to proceed without prepayment of fees, or pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge