IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH A. JOHNSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-480-GMS |
| | ) | |
| CHRISTIANA HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 20ᵀ day of _Dec_ , 2005, the court having considered the amended application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1.  The application is DENIED based on plaintiff's annual income of $18,300 (as stated in D.I. 4).

2.  The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge