OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#  05-480 (GMS)

CASE CAPTION:  Johnston  v.  Christiana Hospital

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff:  1-22-06

Signed:  Deborah A. Johnston
Pro Se Plaintiff

Date Received by Clerk's office:  2-9-06

Signed:  Beth Sinan
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

1/20/06
Date mailed

Evette Watson
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

FILED
FEB - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE