IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEBORAH A. JOHNSTON,    )
    )
    Plaintiff,    )
    )
    v.    ) Civ. No. 05-480-GMS
    )
CHRISTIANA HOSPITAL,    )
    )
    Defendant.    )

**O R D E R**

At Wilmington this _16_ day of May, 2006, the complaint in the above-captioned case

having been filed on July 11, 2005;

IT IS ORDERED that, on or before **May** 31, **2006,** plaintiff shall show cause why this

case should not be dismissed for failure to serve process within 120 days of filing the complaint,

pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE