IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH JOHNSTON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-480 GMS |
| : | |
| CHRISTIANA HOSPITAL, : | |
| : | |
| Defendant. : | |

### MOTION FOR ADMISSION *PRO HAC VICE*

TO:  Deborah A. Johnston
  12B O'Daniel Avenue
  Newark, DE 19711

Pursuant to Rule 83.5(c), counsel moves the admission of Mr. Thomas S. Bloom as counsel *pro hac vice* to represent Defendant Christiana Care Health Services, Inc. in this matter. In support of this Motion, Defendant relies upon the attached Certification of Thomas S. Bloom, Esquire.

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
James H. McMackin, III (jmcmackin@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: July 26, 2006

DHW/099999-8888/1433487/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEBORAH JOHNSTON, :
:
    Plaintiff, :
:
v. : C.A. No. 05-480
:
CHRISTIANA HOSPITAL, :
:
    Defendant. :

**ATTORNEY CERTIFICATION OF THOMAS S. BLOOM
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Thomas S. Bloom, Esquire hereby certifies:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor am I regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, as well as in the jurisdictions of the United States District Court, Eastern District of Pennsylvania, and District of New Jersey, and I am not under suspension or disbarment in any Court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4. David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and

is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
THOMAS S. BLOOM

Dated: July 25, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH JOHNSTON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-480 GMS |
| CHRISTIANA HOSPITAL, | : |
| Defendant. | : |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Thomas S. Bloom is GRANTED.

_____
U.S.D.J.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBORAH JOHNSTON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-480 GMS |
| CHRISTIANA HOSPITAL, | : | |
| Defendant. | : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on July 26, 2006, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Deborah A. Johnston
12B O'Daniel Avenue
Newark, DE 19711

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                              Michael J. Ossip (mossip@morganlewis.com)
                              Thomas S. Bloom (tbloom@morganlewis.com)
                              MORGAN, LEWIS & BOCKIUS LLP
                              1701 Market Street
                              Philadelphia, PA  19103
                              (215) 963-5761/5543

Dated:  July 26, 2006             Attorneys for Defendant Christiana Care
                              Health Services, Iinc.