IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH A. JOHNSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-480-GMS |
| | ) |
| CHRISTIANA HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 26th day of July, 2006, the complaint in the above-captioned case having been filed on July 11, 2005, summons having been issued on June 1, 2006, and the plaintiff having failed to show cause why this case should not be dismissed for failure to serve process or otherwise prosecute the matter as ordered by the court (D.I. 7);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m) and for failure to prosecute.

_____
UNITED STATES DISTRICT JUDGE